NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER AND TRINITY DELIA,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Cross Appellant,*

AND

BP EXPLORATION (ALASKA) INC., CHEVRON U.S.A. INC., CONOCOPHILLIPS ALASKA, INC., AND EXXONMOBIL ALASKA PRODUCTION INC.,
*Defendants-Cross Appellants,*

AND

FOREST OIL CORPORATION AND KUUKPIK CORPORATION,
*Defendants.*

---

2011-5074, -5077, -5078

---

Appeals from the United States Court of Federal Claims in case no. 06-CV-491, Judge Nancy B. Firestone.

---

## ON MOTION

---

## O R D E R

The parties move for leave to extend the briefing schedule until May 29, 2012 due to settlement negotiatons.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


__MAR 29 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc:  Raymond C. Givens, Esq.
     Bruce E. Falconer, Esq.
     James E. Torgerson, Esq.
     Robert P. Stockman, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK